UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAZEREK AUSTIN, #K-77091, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM SPILLER, et al., )<br>)<br>    Defendants. ) | Cause No.: 3:18-cv-01152-SPM |

## JOINT NOTICE OF SETTLEMENT AND
## MOTION TO VACATE REMAINING PRE-TRIAL DEADLINES

Plaintiff Lazerek Austin and Defendants John Baldwin, Kent Brookman, Shaun Gee, Jason Hart, Jacqueline Lashbrook, James Leek, Kevin Reichert, William Spiller, and Kevin Verble (collectively, "Parties"), through their respective undersigned counsel, hereby advise the Court that the Parties have reached a settlement in principle in this case, and therefore respectfully move the Court to vacate all remaining pre-trial deadlines in this matter. The Parties anticipate filing a stipulation of dismissal with prejudice of the case within the next sixty (60) days, after settlement documents have been reviewed, agreed to, and executed.

WHEREFORE, for the above and foregoing reasons, the Parties respectfully advise the Court of the settlement reached and request the Court grant their Joint Motion to Vacate Remaining Pre-Trial Deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/Megan Ditzler (with permission) | /s/Carrie L. Kinsella |
| Megan Ditzler, #6318052IL | Carrie L. Kinsella, #6283318IL |
| ILLINOIS ATTORNEY GENERAL'S | Javas A. Smith, #6324948IL |
| OFFICE - SPRINGFIELD | JACKSON LEWIS P.C. |
| 500 S. Second Street | 1 N. Brentwood Blvd., Suite 1150 |
| Springfield, IL  62701 | St. Louis, MO  63105 |
| Telephone:  (217) 782-1090 | Telephone:  (314) 827-3939 |
| Facsimile: (217) 524-5091 | Facsimile: (314) 827-3940 |
| megan.ditzler@ilag.gov | carrie.kinsella@jacksonlewis.com |

Kyrstin Beasley, #6323618IL
ILLINOIS ATTORNEY GENERAL'S
OFFICE - BELLEVILLE
201 West Pointe Dr., Suite 7
Swansea, IL  62226
Telephone:  (618) 236-8781
Facsimile:  (618) 236-8620
kyrstin.beasley@ilag.gov

*Attorneys for Defendants*

javas.smith@jacksonlewis.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, a true and correct copy of the foregoing document was filed with the Court via the Court's CM/ECF system which will cause notice of filing to be served upon the following counsel of record:

Megan Ditzler
Illinois Attorney General's Office - Springfield
500 S. Second Street
Springfield, IL  62701
megan.ditzler@ilag.gov

Kyrstin Beasley
Illinois Attorney General's Office - Belleville
201 West Pointe Dr., Suite 7
Swansea, IL  62226
kyrstin.beasley@ilag.gov

*Attorneys for Defendants*

/s/Carrie L. Kinsella

4853-8965-7751, v. 1

2