UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAZEREK AUSTIN, #K-77091, )<br>          )<br>          Plaintiff,          )<br>          )<br>     v.     )<br>          )<br>WILLIAM SPILLER, et al.,     )<br>          )<br>          Defendants.     ) | Cause No.: 3:18-cv-01152-SPM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff Lazerek Austin and Defendants John Baldwin, Kent Brookman, Shaun Gee, Jason Hart, Jacqueline Lashbrook, James Leek, Kevin Reichert, William Spiller, and Kevin Verble (collectively, "Parties"), by and through their respective attorneys and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety with prejudice.  Each party shall bear his or its own costs.

Respectfully submitted,

/s/Megan Ditzler (with permission)
Megan Ditzler, #6318052IL
ILLINOIS ATTORNEY GENERAL'S OFFICE - SPRINGFIELD
500 S. Second Street
Springfield, IL  62701
Telephone:  (217) 782-1090
Facsimile: (217) 524-5091
megan.ditzler@ilag.gov

Kyrstin Beasley, #6323618IL
ILLINOIS ATTORNEY GENERAL'S OFFICE - BELLEVILLE
201 West Pointe Dr., Suite 7
Swansea, IL  62226
Telephone:  (618) 236-8781
Facsimile:  (618) 236-8620
kyrstin.beasley@ilag.gov

*Attorneys for Defendants*

/s/Carrie L. Kinsella
Carrie L. Kinsella, #6283318IL
Javas A. Smith, #6324948IL
JACKSON LEWIS P.C.
1 N. Brentwood Blvd., Suite 1150
St. Louis, MO  63105
Telephone:  (314) 827-3939
Facsimile:  (314) 827-3940
carrie.kinsella@jacksonlewis.com
javas.smith@jacksonlewis.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2024, a true and correct copy of the foregoing document was filed with the Court via the Court's CM/ECF system which will cause notice of filing to be served upon the following counsel of record:

Megan Ditzler
Illinois Attorney General's Office - Springfield
500 S. Second Street
Springfield, IL  62701
megan.ditzler@ilag.gov

Kyrstin Beasley
Illinois Attorney General's Office - Belleville
201 West Pointe Dr., Suite 7
Swansea, IL  62226
kyrstin.beasley@ilag.gov

*Attorneys for Defendants*

                                                 /s/Carrie L. Kinsella

4893-0951-7741, v. 1