**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LAZEREK AUSTIN,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 18-cv-01152-SPM** |
| **WILLIAM SPILLER,** *et al.,* | |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated June 19, 2018 (Doc. 4), Defendants Forbes, Cox, French, and Kennedy were terminated as defendants.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated September 13, 2018 (Doc. 7), Defendants Confidential Sources #1-5 were dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated September 13, 2019 (Doc. 85), and the filing of an amended complaint, Defendants Oakley, Pierce, Hill, and John Doe #2 were terminated as defendants.

**IT IS FUTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed March 15, 2024 (Doc. 263), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

**DATED:** 3/19/2024

**MONICA A. STUMP,**
**Clerk of Court**

**By:**  *s/Kristie Rensing*
**Deputy Clerk**

**APPROVED:**   *s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**